(A.R.D. 213)

C. J. TOWER & SONS OF BUFFALO, INC. *v.* UNITED STATES

Entry No. 23368, etc.

Second Division, Appellate Term

(Decided October 3, 1966)

*Barnes, Richardson & Colburn* for the appellant.

*J. William Doolittle*, Acting Assistant Attorney General, for the appellee.

Before RAO and FORD, Judges

RAO, Chief Judge: This application for review of Reappraisement Decision 11152 (56 Cust. Ct. 653), having been formally abandoned, is hereby dismissed.

Judgment will be entered accordingly.